UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STANTON BARRETT

CIVIL ACTION

VERSUS

STEVEN COMEAUX, STATE FARM
INSURANCE CO., NORTH CAROLINA
FARM BUREAU MUTUAL
INSURANCE COMPANY

NO.: 13-00186-BAJ-RLB

## RULING AND ORDER

On October 7, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Stanton Barrett's Opposition to Removal (Doc. 4) be DENIED.[1] (Doc. 11.) Plaintiff asserts that he is a citizen of North Carolina and, because Farm Bureau Mutual Insurance Company is also a citizen of North Carolina, there is no diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff also claims that the Louisiana Direct Action Statute gives jurisdiction to the State court. (Doc. 11, at 2-3.)

The Magistrate Judge's Report and Recommendation specifically notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 11,

---

[1] After Plaintiff's case was removed to federal court, Plaintiff filed an opposition to removal (motion to remand) on May 13, 2013. (Doc. 4.)

at 1.) A review of the record indicates that the parties have not filed objections to the Magistrate Judge's Report and Recommendation.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Stanton Barrett's **Opposition to Removal (Doc. 4)** is **DENIED**.

Baton Rouge, Louisiana, this 7th day of January, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA